# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0985
_____

JENNIFER RAE OLIVER, as
Trustee of the Padgett Living
Trust and JANET RICHELLE
PADGETT, as attorney in fact for
Betty Sue Padgett,

    Petitioners,

    v.

CARL SELPH, PATRICIA SUZANNE
SELPH, GREY LION
COMMUNICATIONS, LLC, and
BRANDAIS MANAGEMENT
SERVICES, LLC,

    Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


April 29, 2025


PER CURIAM.

    DISMISSED.

ROWE, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Jerry L. Rumph, Jr., of Brooks & Rumph, Tallahassee, for Petitioners.

No appearance for Respondents.